UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 08-CIV-81133-RYSKAMP/VITUNAC – Civil

| | |
|---|---|
| HARRY ABRAMOWSKI, individually and on behalf of all others similarly situated; | : : : |
| Plaintiffs, | : : |
| vs. | : : |
| MAGICJACK LP, a Delaware limited partnership; YMAX Corp., a Delaware corporation; and DANIEL BORISLOW; | : : : : |
| Defendants. | : : |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Harry Abramowski. Defendants are MagicJack LP, Ymax Corp., and Daniel Borislow.

2. On October 3, 2008 Plaintiff filed suit against defendants. Defendants have been served with process.

3. No defendant has either filed an answer or moved for summary judgment.

4. No class has been certified in this case.

5. A receiver has not been appointed in this case.

6. Plaintiff does not believe any federal statute requires a court order for dismissal of this action.

7. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same facts, the same claims, or the same parties as those presented in this case.

8. This dismissal is without prejudice to refiling.

Dated:  February 17, 2009                     /s/ John Lowther

John Lowther (admitted pro hac vice)
john@doylelowther.com
DOYLE LOWTHER LLP
9466 Black Mountain Rd., Ste. 210
San Diego, CA  92126
Tel:  (619) 573-1700
Fax:  (619) 573-1701

Attorney for Plaintiff Harry Abramowski