UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-CIV-81133-RYSKAMP/VITUNAC

HARRY ABRAMOWSKI, individually and on behalf of all others similarly situated;

 Plaintiffs,

vs.

MAGICJACK LP, a Delaware limited partnership;
YMAX Corp., a Delaware corporation; and
DANIEL BORISLOW;

 Defendants.

_____

## ORDER APPROVING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE comes before the Court upon plaintiff's notice of voluntary dismissal **[DE 28]** filed on February 18, 2009. Under Federal Rule of Civil Procedure 41(a)(1)(i), and considering (i) no answers have been filed, (ii) no summary judgment motion currently is pending, and (iii) no class has been certified, it is hereby,

ORDERED AND ADJUDGED that this case dismissed without prejudice. The Clerk of the Court is ordered to close this case and to deny any pending motions as moot.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 24 day of February, 2009.

       /s/Kenneth L. Ryskamp

       KENNETH L. RYSKAMP
       U.S. DISTRICT JUDGE

Copies provided to:

All counsel of record